# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 18-09350 JJG  
**Case Name:** MILES, JEFFERY LEE  

**Period Ending:** 01/21/19

**Trustee:** (340270)   Joseph W. Hammes  
**Filed (f) or Converted (c):** 12/17/18 (f)  
**§341(a) Meeting Date:** 01/14/19  
**Claims Bar Date:** 04/16/19

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash | 50.00 | 50.00 | | 0.00 | FA |
| 2 | Checking account: First Financial | 35.00 | 35.00 | | 0.00 | FA |
| 3 | See Attachment 1 | 300.00 | 300.00 | | 0.00 | FA |
| 4 | See Attachment 2 | 565.00 | 565.00 | | 0.00 | FA |
| 5 | Dick's Sporting Goods coat, 2+ years old | 50.00 | 50.00 | | 0.00 | FA |
| 6 | Giant brand bicycle, 10+ years old | 200.00 | 200.00 | | 0.00 | FA |
| 7 | Cigna: Me | 0.00 | 0.00 | | 0.00 | FA |
| 8 | See Attachment 3: Son | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 2011 Chevrolet Malibu, 98,000 miles. Entire prop | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 10 | 2 Pet Cats, rescued from the local shelter. | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 2018 REFUNDS  (u) | 0.00 | Unknown | | 0.00 | Unknown |
| 12 | EARNED BUT UNPAID WAGES  (u) | 0.00 | Unknown | | 0.00 | Unknown |
| 12 Assets | Totals  (Excluding unknown values) | $6,200.00 | $6,200.00 | | $0.00 | $0.00 |

**Major Activities Affecting Case Closing:**

Printed: 01/21/2019 11:47 AM   V.14.50

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 18-09350 JJG | **Trustee:** (340270) Joseph W. Hammes |
| **Case Name:** MILES, JEFFERY LEE | **Filed (f) or Converted (c):** 12/17/18 (f) |
| | **§341(a) Meeting Date:** 01/14/19 |
| **Period Ending:** 01/21/19 | **Claims Bar Date:** 04/16/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** December 31, 2020    **Current Projected Date Of Final Report (TFR):** December 31, 2020

_____   January 21, 2019                                   /s/ Joseph W. Hammes
                              Date                                                  _____
                                                                                    Joseph W. Hammes